No. 771. TELFIAN *v.* UNITED STATES. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Charles Telfian, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 891. WATSON *v.* DOWD, WARDEN; and
No. 898. TAYLOR *v.* DOWD, WARDEN. May 1, 1944. Petitions for writs of certiorari to the Supreme Court of Indiana denied. Reported below: No. 898, 222 Ind. 289, 53 N. E. 2d 543.